**Exhibit A to the Complaint**

**Location:** Annandale, VA  
**Total Works Infringed:** 39

**IP Address:** 173.66.155.164  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3B6198833B8CF16DAE7D8E122C3AD5AD62507AAD File Hash: D1F3EF62AA81DCC45B49CE454C8E234C6C5668D49212ACF906FAAFCE9AE72D1B | 09/23/2020 19:19:14 | Vixen | 09/18/2020 | 09/29/2020 | PA0002258680 |
| 2 | Info Hash: C7991C34CF6D309137088F864D05F22D41BAD7CB File Hash: 76DB8FAF20926B8B618288DD313D7991EA8B156AE005E5C23930EE89AE4F8A52 | 09/23/2020 03:27:41 | Blacked | 09/19/2020 | 09/29/2020 | PA0002258681 |
| 3 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171 File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 09/15/2020 03:27:33 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 4 | Info Hash: 15703C64531B7F3820339C06473B13AB5FC50979 File Hash: D4CCC3F901BCC7E6E808078BDD2C1A5A072F48CB12874A84763DB3794B0A7FDD | 08/27/2020 23:43:14 | Blacked Raw | 08/24/2020 | 09/05/2020 | PA0002255474 |
| 5 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391 File Hash: D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 08/17/2020 03:21:29 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 6 | Info Hash: 9EF1697DACB071381C0A2D332FA66FA85F359C74 File Hash: 66F290059B0AF3622E0841D66009807CC8CCA6EE29AF736E370C18BABC4C4885 | 07/29/2020 20:23:21 | Blacked Raw | 07/27/2020 | 08/11/2020 | PA0002252262 |
| 7 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5 File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 07/26/2020 04:13:56 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 8 | Info Hash: 37BBF4B3BBD911460EEA7065A691494A1860C65D File Hash: C7610656C831F4141B67EB2AE560AE0FBF59FE9B8E29DA44C8E6BECF3D9D80CF | 07/26/2020 04:12:24 | Vixen | 07/24/2020 | 08/03/2020 | PA0002259166 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 040D75274B1433A85DAA28A231F3DF0ECD8772B0<br>File Hash: 427A539D1D29259BAAD6046743A3A58DB560002639403F17B3AFB748A29F38AC | 07/14/2020 02:10:14 | Vixen | 07/10/2020 | 07/20/2020 | PA0002248961 |
| 10 | Info Hash: A5F599FEFCC9534692B5822A1526EF66A312A012<br>File Hash: E6969AAFE57E1869ADCF19EFEA6A3D2FC5074542AE2D72CBD53AD7D8924561B3 | 07/10/2020 03:41:23 | Blacked | 07/04/2020 | 07/20/2020 | PA0002248966 |
| 11 | Info Hash: E26CBC5FCF1404C17A1BD92E6623910B3B9698CE<br>File Hash: C1D5AF8F08151AA7770F92133FAB9592B7C4844AD296FCFEFA49DDFB3F1D9EF4 | 06/28/2020 04:14:16 | Vixen | 06/26/2020 | 08/03/2020 | PA0002259094 |
| 12 | Info Hash: 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41<br>File Hash: C174C68A5F6AC1C57DE386D4355E2BD4262DC21312FB9FB8D1B5EC6644FC2B7E | 06/24/2020 02:22:31 | Vixen | 08/27/2017 | 09/15/2017 | PA0002052843 |
| 13 | Info Hash: 5C208E2ABF6083135CA52776A02D87442F215D60<br>File Hash: B55B49F458A42B14292868F01D2EB5F08D082276EBFADCC3517A80CD6DC4BAD9 | 06/09/2020 02:27:18 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 14 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 06/09/2020 02:26:48 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 15 | Info Hash: 2BF966F2EC01906FE193276483DABBD26841E7FD<br>File Hash: 6655D05CFFA84F8EC48733860A293F251E8A8BC63A827694BB700CA860659973 | 06/08/2020 01:37:32 | Tushy | 06/07/2020 | 06/25/2020 | PA0002255506 |
| 16 | Info Hash: B77C12C7D563C86C9A893703E829DA6C952DC792<br>File Hash: 54F794F52EB2C2B3101A755E91FF580F9DF74D13712179B25CD6C4A800A774EE | 06/06/2020 04:13:00 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 17 | Info Hash: 47365B31B7686F2653AA3BD794798E981E8EF0E1<br>File Hash: 400282296C0B501AB8384682184510E5D0C4055777FCA56052F41ED538F3FA6D | 05/24/2020 02:02:44 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: D8CC6A6F0DF7DE99DDC5578221F7EC1AD4AC5EEF<br>File Hash: 65AE39881C3A823068E1F574C4C80C562AEB52A9CF86F284D76BD8B8B2B19C5A | 05/19/2020 21:58:16 | Tushy | 05/17/2020 | 06/16/2020 | PA0002253264 |
| 19 | Info Hash: 2D8F105CB57AD0FD1250254D4910D00E4CBBCDCC<br>File Hash: E02D528851367835DE17CC4D35D0BA309A12CBBFE4576886A79AEB1B91F66DCC | 05/16/2020 03:05:29 | Vixen | 05/15/2020 | 06/08/2020 | PA0002243648 |
| 20 | Info Hash: 25BB736475DB18C804D23B6C8888A5CA4BC9F352<br>File Hash: F1C4DC35C38B94BE633D4031C4310D521F01B681D5C548060BEBEA53B2BB2A40 | 05/14/2020 04:29:32 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 21 | Info Hash: 715C2B25BDAD9A8397CBBA8D15356FDE24B5BC94<br>File Hash: DE95A81FE2DABD028850A74CF2732ABA5EBF397D3C5EC01BE21B3436D1C0E872 | 05/14/2020 04:28:34 | Vixen | 11/10/2017 | 12/04/2017 | PA0002097978 |
| 22 | Info Hash: E11A1E9101E1B91DE9CE8EFBAE3ADF3B367EF862<br>File Hash: 497BACBB40344F2F603F96CB10AA606CA1AD9DEEEC152FF1A8960302C7B18C29 | 05/05/2020 18:29:26 | Blacked Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 23 | Info Hash: BB23DC3E3F41E06024BD34016ED05E4D25A7F0AA<br>File Hash: D7B1DFE14A95301D829FD5CBF99D29998ECBD57AB42E09DFFBE9C55F73A582DD | 05/04/2020 01:10:58 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 24 | Info Hash: 07EFF136CA2B52EAC1DEA2FC2681807F55168819<br>File Hash: 70EE07188744706B2FF4109434A6D34023BDC09A290E71F897306F11B225116F | 05/03/2020 01:16:12 | Vixen | 05/01/2020 | 05/19/2020 | PA0002241473 |
| 25 | Info Hash: 4C68A93F877A55624CFDB1A56B0A09F6226B7DBD<br>File Hash: 3F282AB81B7EB2031337F302499DA6D6B812DDC12B12599EA08FF65A95F623CA | 04/26/2020 03:23:21 | Vixen | 04/24/2020 | 05/05/2020 | PA0002249029 |
| 26 | Info Hash: EEA471AC58E44D8C08CE5F008CA4FCB8A1BC3DBE<br>File Hash: 735FE6B829D412D28DFC82EBD327201FA1C37D6BF60692C929223A8CFB3F447E | 04/21/2020 00:22:46 | Blacked Raw | 04/20/2020 | 05/19/2020 | PA0002241477 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: F9868546BBF9264CB4609B0C107CBE45ACA74091<br>File Hash: 6BF10EE11AF1973ADB109573502645CC2728A0B4627C4B292E438948214CDE5F | 04/14/2020 03:08:15 | Blacked Raw | 04/13/2020 | 04/22/2020 | PA0002237695 |
| 28 | Info Hash: AC385CDF0744BE2ED3C0FF8EC4A868666B5D201D<br>File Hash: E59F3A4767AE413ABF2654F673E413BC32F7923DDCABFE3241F7CD94B45CFA47 | 04/13/2020 22:23:46 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 29 | Info Hash: 28B8B31C792F1CA34A908834F37BBD4399E80A0C<br>File Hash: FF460F609C0680B6B4BD70DC2BE94C1ADA2A5BF2DF66C005BAEE0A1C35D407AD | 04/09/2020 03:45:47 | Blacked Raw | 04/06/2020 | 04/17/2020 | PA0002237306 |
| 30 | Info Hash: 1F3584D4E4FFBE1C864795EBF064B42C90994D75<br>File Hash: C93A76DB5A281341AD02B170E8E7098B06C76818A5F86CBA4DF72065BA0125BC | 04/09/2020 03:43:13 | Blacked | 03/28/2020 | 04/15/2020 | PA0002246108 |
| 31 | Info Hash: C2EF944821A1758590D2113DA95DB5C8A0F5C836<br>File Hash: 9D6C6E2FBCDCA1B60A984FA9D30855136294F9EF3462CBF0232BA90D81E03596 | 04/06/2020 00:50:26 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 32 | Info Hash: 8C6947272066C57583DEA1BE22B4EFA1FDEC3934<br>File Hash: 801B8F13DDE9E2FC8D78067FB02B263C63FE02F8E3E8891FA483BEA0B65C3885 | 04/06/2020 00:46:39 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 33 | Info Hash: DC8EBE5A0710690ABCC9E2F8890B2DE95E767539<br>File Hash: 60EC07A4A9AA06DC825CFB212D29AB148410F5AFD43D4323AFA4DA67C9A70EEA | 04/05/2020 02:34:18 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 34 | Info Hash: 1F5056D2F0CFFD05EA0C69EAE4D19F67E4FC70E9<br>File Hash: 041D8F8F1C59EE8A62F504D6A791189502DDB7EABF0DB4C67DE8B0A5399E008F | 03/30/2020 03:52:00 | Blacked | 12/06/2019 | 12/17/2019 | PA0002217665 |
| 35 | Info Hash: F1C42EEE6A5C0C66BE5312B87E57F3BB13D4FF14<br>File Hash: DD4796B449317DB7C5EA04F3FA3518700E17FCEB633AE40D0361FF3C98D3E178 | 03/30/2020 01:38:52 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 7557747905C0C24C24DE739A99AA7750FBD7B24F<br>File Hash: A1E83FB8FCFDDC0843A8E99258C7BD9AA92E58AEE49DE28EFDC87F121CC779C5 | 03/17/2020 03:42:24 | Blacked | 03/15/2020 | 04/15/2020 | PA0002246109 |
| 37 | Info Hash: 388E7ED27703F4B83AC8FC4EA6512E7B4FBC5AEC<br>File Hash: 262B5FB839942C0084068E0031AADA76ED68D812EC7C6AEF113473B261AE1A29 | 03/12/2020 01:03:15 | Blacked Raw | 04/07/2019 | 05/28/2019 | PA0002200775 |
| 38 | Info Hash: 88FA6F9DB5A1974C26CC59247894477EA91D4AA0<br>File Hash: 8270E9B6C79F9CDDAA8211B4F1F25163D9F56102881B1AC1A3D0D5FBCFBF113B | 03/02/2020 03:32:26 | Vixen | 02/28/2020 | 04/17/2020 | PA0002251744 |
| 39 | Info Hash: F4695C8F59FD86DCDB069CEB3A1866FDD5E3BE43<br>File Hash: CDFFB7F3BE90953602038C71009A204B72D47B1345941FB049F43195C66FBD9E | 02/10/2020 07:54:00 | Vixen | 02/03/2020 | 03/15/2020 | PA0002240554 |